RECEIVED
OCT - 1 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID SOLOMON BROWN,<br>　　　Petitioner | CIVIL ACTION<br>Section "P"<br>NO. 1:13-CV-02869 |
| VERSUS | |
| PHILLIP T. MILLER, et al.,<br>　　　Respondent | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Brown's Section 2241 habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 1st day of October, 2014.

　　　　　　　　　　　　　　　　　　　　　　　JAMES T. TRIMBLE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE